AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Southern District of New York   ▾

| | |
|---|---|
| HELLSTAR STUDIOS INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  1:26-cv-05105-MMG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Christopher Tom
> BOIES SCHILLER FLEXNER LLP
> 55 Hudson Yards
> New York, NY 10001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  7/27/2026

s/ G. Pisarczyk

*Signature of Clerk or Deputy Clerk*

*Tammi M. Hellwig*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-05105-MMG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*        .July 27 2026

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  On July 27, 2026, I caused an email to be sent containing the Summons, Complaint, Order to Show Cause for Preliminary Injunction and Temporary Restraining Order ("OSC"), and the Court's July 22 order, extending the deadline for defendants to respond to Plaintiff's motion for a preliminary injunction, and a link to a website containing aforementioned pleadings to the email addresses for Defendants identified in Schedule A to the Complaint provided to Plaintiffs by third parties, pursuant to the service method permitted in the OSC.

My fees are $ _____ for travel and $ _____ for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date:   July 28, 2026                    */s/ Christopher Tom*
                                  _____
                                  *Server's signature*

                                  Christopher Tom, Plaintiff's attorney
                                  _____
                                  *Printed name and title*

                                  55 Hudson Yards, 20th Floor, New York, NY 10001
                                  _____
                                  *Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HELLSTAR STUDIOS INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>    Defendants. | Case No. 1:26-cv-05105-MMG |

**SCHEDULE A TO COMPLAINT**

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 1 | .The Curated Nook. | https://us.shein.com/store/home?store_code=2183472908 |
| 2 | 626tanqingbo | https://us.shein.com/store/home?store_code=1084784290 |
| 3 | 627guoquan | https://us.shein.com/store/home?store_code=6665538070 |
| 4 | ARVIER | https://us.shein.com/store/home?store_code=4756231272 |
| 5 | Bnomom | https://us.shein.com/store/home?store_code=8880015035 |
| 6 | BY Tooyoo | https://us.shein.com/store/home?store_code=1901194692 |
| 7 | Canvas Stitch | https://us.shein.com/store/home?store_code=4144154376 |
| 8 | Cedar & Thread | https://us.shein.com/store/home?store_code=7060510622 |
| 9 | CgaverTech | https://us.shein.com/store/home?store_code=8557108237 |
| 10 | ChaoShu Fushi | https://us.shein.com/store/home?store_code=6482526023 |
| 11 | chenlixiudedianpu | https://us.shein.com/store/home?store_code=9469626497 |

1

| 12 | Comfort Running Shoe Store | https://us.shein.com/store/home?store_code=1953520185 |
| 13 | daijianfandedianpu | https://us.shein.com/store/home?store_code=9607463556 |
| 14 | DB Men | https://us.shein.com/store/home?store_code=4528312034 |
| 15 | DUCTFOLD | https://us.shein.com/store/home?store_code=8019534091 |
| 16 | ElegantPetal | https://us.shein.com/store/home?store_code=7759238708 |
| 17 | Essential Tee Studio | https://us.shein.com/store/home?store_code=1653768280 |
| 18 | Fashion S2 | https://us.shein.com/store/home?store_code=8753344607 |
| 19 | FDSAF | https://us.shein.com/store/home?store_code=1354482591 |
| 20 | FORTY FOUR | https://us.shein.com/store/home?store_code=9995134583 |
| 21 | Grammar Giggles | https://us.shein.com/store/home?store_code=9750035170 |
| 22 | Graphic Tee | https://us.shein.com/store/home?store_code=1313650985 |
| 23 | Handsome man's wardrobe | https://us.shein.com/store/home?store_code=2946004625 |
| 24 | HavenNook Living | https://us.shein.com/store/home?store_code=1217724598 |
| 25 | HevenWinn | https://us.shein.com/store/home?store_code=8249560444 |
| 26 | HOJAYEV SOLUTIONSINC | https://us.shein.com/store/home?store_code=9539159967 |
| 27 | HOMESSHOPG | https://us.shein.com/store/home?store_code=4042548624 |
| 28 | IDEARIUMXU | https://us.shein.com/store/home?store_code=6176374535 |
| 29 | Ignitrix | https://us.shein.com/store/home?store_code=9523394680 |
| 30 | Ink Apparel Studio | https://us.shein.com/store/home?store_code=9847930750 |
| 31 | Interesting shirt | https://us.shein.com/store/home?store_code=6677480480 |
| 32 | iohauighuiagiah | https://us.shein.com/store/home?store_code=3227782163 |
| 33 | Kiwi Clothing | https://us.shein.com/store/home?store_code=8340045873 |
| 34 | Large Size Tee | https://us.shein.com/store/home?store_code=6441950859 |

| 35 | LH US | https://us.shein.com/store/home?store_code=4578700733 |
| 36 | Lingo-H | https://us.shein.com/store/home?store_code=4067166170 |
| 37 | mashujindedian | https://us.shein.com/store/home?store_code=9796159031 |
| 38 | MeiDa-US | https://us.shein.com/store/home?store_code=8066044909 |
| 39 | Men shirt | https://us.shein.com/store/home?store_code=5991936245 |
| 40 | Nova Weave | https://us.shein.com/store/home?store_code=7350009483 |
| 41 | PixelPaisley | https://us.shein.com/store/home?store_code=1384046171 |
| 42 | Q FIBER | https://us.shein.com/store/home?store_code=8751644855 |
| 43 | Retro Cyber | https://us.shein.com/store/home?store_code=4314500801 |
| 44 | REUSJX Store | https://us.shein.com/store/home?store_code=3068111186 |
| 45 | SEMIOTIC | https://us.shein.com/store/home?store_code=3120867563 |
| 46 | SHEIN EDGE | https://us.shein.com/store/home?store_code=7861090162 |
| 47 | slxawfnp | https://us.shein.com/store/home?store_code=1067795914 |
| 48 | South Denv Bar | https://us.shein.com/store/home?store_code=9483448674 |
| 49 | SparkleGift Hub | https://us.shein.com/store/home?store_code=5057187325 |
| 50 | STREETWISE | https://us.shein.com/store/home?store_code=1050605724 |
| 51 | SZQ28tp37jEsHYyKzW | https://us.shein.com/store/home?store_code=9393915294 |
| 52 | tanzhidedianpu | https://us.shein.com/store/home?store_code=2153312383 |
| 53 | Teemetry | https://us.shein.com/store/home?store_code=3049533584 |
| 54 | The Daily Grinder | https://us.shein.com/store/home?store_code=8383199943 |
| 55 | TT FUFU | https://us.shein.com/store/home?store_code=8154440751 |
| 56 | TXYH7ysu | https://us.shein.com/store/home?store_code=8918741944 |
| 57 | Urban Crop | https://us.shein.com/store/home?store_code=5164841991 |

3

| 58 | UrbanHood | https://us.shein.com/store/home?store_code=77 38136670 |
| 59 | URBANMEN | https://us.shein.com/store/home?store_code=80 90000706 |
| 60 | vpttpgvv | https://us.shein.com/store/home?store_code=62 11511596 |
| 61 | xiamenchenrutongmiaoshangmaoyo uxiangongsi | https://us.shein.com/store/home?store_code=25 27357267 |
| 62 | xiaozhushop | https://us.shein.com/store/home?store_code=24 45631925 |
| 63 | ximzwu | https://us.shein.com/store/home?store_code=79 02395531 |
| 64 | Y2KCHAOS | https://us.shein.com/store/home?store_code=55 07400271 |
| 65 | yangjiasm | https://us.shein.com/store/home?store_code=59 21261121 |
| 66 | Yasir Ali | https://us.shein.com/store/home?store_code=54 87596062 |
| 67 | ZeLin US | https://us.shein.com/store/home?store_code=21 24100731 |
| 68 | Funny ppopllo shirts | https://www.temu.com/mall.html?mall_id=634 418220109534 |
| 69 | HQYY clothing | https://www.temu.com/mall.html?mall_id=634 418225442010 |
| 70 | xcoiu shirts | https://www.temu.com/mall.html?mall_id=634 418220113186 |